UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| YANCY NAUGHTON,<br>Plaintiff<br>   -v-<br><br><br>ANTHONY NAVARINI, MICHAEL NAVARINI, and NAMERIFIC, LLC, and NAMERIFIC BRANDS, LLC,<br>Defendants and Counterclaim Plaintiffs | Case No. 21-cv-000159-SWS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Yancy Naughton, by and through his undersigned counsel, and Defendants Anthony Navarini, Michael Navarini, Namerific LLC, and Namerific Brands, LLC, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses, and fees.

2 | P a g e

Respectfully submitted this 23rd day of August, 2024.

| | |
|---|---|
| **The Reisch Law Firm, LLC** | **Winship & Winship, P.C.** |
| By: *s/ Jessica L. Hays* | By: *s/ Stephen R. Winship* |
| Jessica L. Hays | Stephen R. Winship |
| Attorney for Plaintiff YANCY NAUGHTON | Attorney for Defendants ANTHONY NAVARINI, MICHAEL NAVARINI, NAMERIFIC LLC, AND NAMERIFIC BRANDS, LLC |