UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2024 AUG 26 PM 1:02
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| YANCY NAUGHTON,<br><br>Plaintiff,<br><br>v.<br><br>**ANTHONY NAVARINI; MICHAEL NAVARINI; NAMERIFIC, LLC** a Wyoming limited liability company; and **NAMERIFIC BRANDS, LLC,** a Wyoming limited liability company,<br><br>Defendants<br><br>and<br><br>**ANTHONY NAVARINI; MICHAEL NAVARINI; and NAMERIFIC BRANDS, LLC,** a Wyoming limited liability company,<br><br>Counter Claimants,<br><br>v.<br><br>YANCY NAUGHTON,<br><br>Counter Defendant. | Case No. 2:21-cv-159-SWS |

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER** having come before the Court upon all the Parties' "*Joint Stipulation of Dismissal with Prejudice*," (ECF No. 118) and the Court having reviewed

the file and being otherwise duly informed of the premises, finds good cause to dismiss this matter in its entirety with prejudice, with each party to pay its own attorneys' fees, expenses, and costs.

**IT IS THEREFORE ORDERED** that the "*Joint Stipulation of Dismissal with Prejudice*" (ECF No. 118) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that the show cause hearing set for August 27, 2024 is hereby **VACATED** along with all other outstanding settings and deadlines.

DATED this 26th day of August, 2024.

Scott W. Skavdahl
United States District Judge